IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KRISTIN-ELIZABETH MACK,

    Plaintiff,

v.

DEPARTMENT OF VETERANS AFFAIRS;
and TAMMY KENNEDY,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-204

FILED
Scott L. Poff, Clerk
United States District Court

*By jburrell at 12:05 pm, Jan 15, 2019*

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 29, 2018 Report and Recommendation, (doc. 6), to which the parties have not filed any objections.  Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA