# United States District Court
## *Southern District of Georgia*

KRISTIN-ELIZABETH MACK,

Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**V.**

CASE NUMBER: 4:18-cv-204

DEPARTMENT OF VETERANS AFFAIRS;
and TAMMY KENNEDY,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's order dated January 15, 2019, adopting the Magistrate Judge's Report and Recommendation as the opinion of this Court, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

Approved by: _____

| 1/24/2019 | | Scott L. Poff |
|---|---|---|
| *Date* | | *Clerk* |
| | | *(By) Deputy Clerk* |