# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

KRISTIN-ELIZABETH MACK,

    Plaintiff,

v.

DEPARTMENT OF VETERAN'S AFFAIRS; and TAMMY KENNEDY,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-204

## O R D E R

Plaintiff initiated this lawsuit by filing a "Notice of Tort Claim" seeking damages from the Department of Veteran's Affairs. (Doc. 1.) After Plaintiff repeatedly failed to pay the $400.00 filing fee or, in the alternative, to complete a Motion to Proceed *In Forma Pauperis* ("IFP"), despite multiple requests and orders from the Clerk of Court, (doc. 2), and the Magistrate Judge, (docs. 4, 5), the Magistrate Judge issued a "Report and Recommendations," recommending dismissal without prejudice, (doc. 6). Plaintiff did not file any sort of objection to the Report and Recommendations, and it was adopted by the Court on January 15, 2019. (Doc. 7.) Judgment was formally entered on January 24, 2019. (Doc. 8.)

On the same day the judgment was entered, Plaintiff filed a "Request for Findings of Fact and Conclusions of Law," in which she states that she "is now able to pay in silver coins, or submit the Pauper form" that she had previously refused to submit. (Doc. 9.) She "prays the court forgives her late response, and considers her plea for redemption." (Id.) She also filed an application to proceed IFP. (Doc. 10.)

Because Plaintiff filed the motion and application after the Court ordered the case dismissed, the Court **DENIES** both. (Docs. 9, 10.) However, as the Court dismissed this case without prejudice, (docs. 7, 8), Plaintiff may refile this case following all formalities of the Federal Rules of Civil Procedure and may timely move to proceed IFP in that case. The Court cautions Plaintiff that failure to abide by the Court's orders in future cases may result in dismissal with prejudice.

**SO ORDERED** this 19th day of February, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA